UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REITER CONSULTING SERVICES, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SANDRA HILDENBRAND**, in her capacity as Personal Representative of the Estate of Jack Dallas Hildenbrand, et al, *et al.,*<br><br>*Defendants.* | Case No. 1:23-cv-2805-RCL |

## ORDER

In accordance with Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), the Court hereby **ORDERS** that the parties shall meet and confer within fifteen (15) days of this date. The Court further **ORDERS** that, within fourteen (14) days thereafter, the parties shall jointly submit a written report outlining the discovery plan and a proposed scheduling order.

**IT IS SO ORDERED.**

Date: 12/7/23

Royce C. Lamberth
United States District Judge

1